UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

State Farm Fire and Casualty Company
a/s/o James Lynch,

               Plaintiff,              25 Civ. 00980 (KMK)

        -against-

Broan-Nutone, LLC,             CALENDAR NOTICE

               Defendant.
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday,

September 3, 2025 at 10:30 a.m. Counsel shall submit a proposed case management and

discovery schedule via ECF by 5:00 p.m. on the evening before the initial conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the
Pro Se party of the above teleconference information. Counsel in any Pro Se inmate cases shall
ensure that the Pro Se party is on the line before calling the above-referenced number. Any
requests for adjournments should be filed as soon as possible and clearly explain why the
conference should be adjourned.

Dated: July 28, 2025
      White Plains, New York

                           So Ordered

                           Kenneth M. Karas, U.S.D.J