```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

State Farm Fire and Casualty Company,

                              Plaintiff,

           -against-

Broan-Nutone, LLC,

                              Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**25-cv-00980-KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **9/23/2025 at 10:30 am**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
                September 9, 2025

                                                                       _____
                                                                       VICTORIA REZNIK
                                                                       United States Magistrate Judge