**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
State Farm Fire and Casualty
Company a/s/o James Lynch,

                           Plaintiff,

             -against-

Broan-Nutone, LLC,

                        Defendant.
--------------------------------------------------------------------X

7:25-cv-00980-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On October 15, 2025, the Court directed the parties to submit a proposed Case Management Plan and joint status letter on the status of discovery, by no later than November 21, 2025. (ECF No. 16). The Court has not yet received either. The parties are directed to submit a proposed Case Management Plan and joint status letter by no later than **December 1, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
           November 25, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge