USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
State Farm Fire and Casualty Company,

                                        Plaintiff,                              25-cv-00980-KMK-VR

            -against-                                                           **ORDER**

Broan-Nutone, LLC,

                                        Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

On March 16, 2026, the Court directed the parties to submit a joint status letter to the Court, by no later than April 30, 2026, providing an update on the status of discovery and confirming whether fact discovery is complete. (ECF No. 33). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due **May 5, 2026**.

            **SO ORDERED.**

DATED:      White Plains, New York
            May 1, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge