# MARKOWITZ & BARKOFF, P.C.

575 JERICHO TURNPIKE • SUITE 210
JERICHO, NEW YORK 11753
(516) 935-3500

STUART D. MARKOWITZ
CORY M. BARKOFF

smarkowitz@markowitz-law.com
cbarkoff@markowitz-law.com

FACSIMILE
(516) 935-3599


November 11, 2026

*Via ECF*
Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: State Farm Fire & Casualty Company a/s/o James Lynch
v. Broan-Nutone, LLC
Case No: 7:25-cv-00980-KMK-VR

Dear Hon. Kenneth M. Karas:

As the Court is aware, this firm represents Plaintiff State Farm Fire & Casualty Company, as subrogee of James Lynch, in the above-captioned action. We write pursuant to Magistrate Judge Reznik's November 2, 2026 Memo Endorsement (ECF No. 46), which directed the parties to advise Your Honor on the status of settlement and, if appropriate, to request an adjournment of the Case Management Conference currently scheduled for November 12, 2026.

The parties have exchanged settlement positions and have engaged in good faith settlement discussions. Unfortunately, the parties have been unable to resolve this matter and are presently at an impasse. Plaintiff believes that a settlement conference before Magistrate Judge Reznik would be productive and may allow the parties to resolve this matter without the expense of the remaining depositions, expert discovery, dispositive motion practice and trial.

Accordingly, Plaintiff respectfully requests that the Court adjourn the November 12, 2026 Case Management Conference and refer this matter to Magistrate Judge Reznik for a

Re: Case: State Farm a/s/o Lynch v. Broan-Nutone, LLC
Case No.: 7:25-cv-00980-KMK-VR
Date: November 11, 2026

settlement conference at the Court's earliest convenience. In addition, the undersigned wishes to appear personally at the conference but is engaged tomorrow, November 12, 2026, at 9:30 a.m., on an inquest in State Farm Fire & Casualty Company a/s/o Heshy Engelsberg v. Rickey A. Burrus d/b/a Allen General Contracting, Index No. 721382/2021, in the Supreme Court of the State of New York, County of Queens. This is the first request for an adjournment of this conference, and counsel for Defendant consents to this request. We apologize for the timing of this request. The parties only recently reached an impasse in their settlement discussions, and the Court is closed today in observance of Veterans Day.

We thank the Court for its time and consideration.

Granted. The conference is adjourned until 1/ 8 /27, at 10:30

So Ordered.

11/11/26

Very truly yours,

*Cory M. Barkoff*

CORY M. BARKOFF

cc: *Via ECF and E-Mail*
Christopher P. Midura, Esq. and Matthew George Miller, Esq.